UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DONALD J. CRANSTON, JR., JOSEPH MORANDE, ANTHONY FASULO, DAVID MONTELLE, ROCCO CIANCIO and LUCIANO FALZONE, as Trustees and Fiduciaries of the PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING FUNDS,

Plaintiffs,

-against-

A.G. CONSTRUCTION CORP.,

Defendant.

05 Civ. 746 (NGG)

STIPULATION OF DISMISSAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 29 2005 ★
BROOKLYN OFFICE

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties that the above-captioned action is hereby discontinued with prejudice and without costs to either party as against the other.

Dated: New York, New York
June 23, 2005

BARNES, IACCARINO, VIRGINIA
AMBINDER & SHEPHERD, PLLC

By: _____
Charles R. Virginia (CV 8214)
Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
Attorneys for Plaintiffs

ST. JOHN & WAYNE, L.L.C.

By: _____
Laura H. Corvo (LC____)
Two Penn Plaza East
Newark, New Jersey 07105-2249
Attorneys for Defendant

SO ORDERED:

_____
U.S.D.J. June 27, 2005